## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **EDWIN WAYNE JOYCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:08CV144** |
| | ) | |
| **RANDOLPH COUNTY SUPERIOR** | ) | |
| **COURT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the order filed contemporaneously with this judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be dismissed

without prejudice to Plaintiff resubmitting his complaint with the $350.00 filing fee.

_____
United States District Judge

Date:  April 2, 2008